PROB 12C
(7/93)

Report Date: June 10, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rogelio Barajas               Case Number: 2:08CR02141-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/15/2009

| | | |
|---|---|---|
| Original Offense: | Possession of Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 45 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 8/5/2012 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: 8/4/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Barajas failed to report to the U.S. Probation Office during the months of May and June 2013, between the first and fifth of the month to complete his monthly report form. |
| 2 | **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: On May 2, 2013, a violation report, requesting no action, was submitted to the Court, as Mr. Barajas admitted to using alcohol and methamphetamine. He agreed to complete an evaluation and successfully complete any and all recommended treatment. To date, he has failed to complete his assessment or start a treatment program. |

Prob12C
Re: Barajas, Rogelio
June 10, 2013
Page 2

    3    **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Barajas failed to report for random urinalysis testing on May 14 and 22, 2013.

    4    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: On May 30 and June 6, 2013, this officer attempted to locate the defendant at his residence. He was not home, but I spoke with his brother, who agreed he would provide Mr. Barajas with my card and have him call me and/or come see me the following day. To date, this officer has not seen or spoken with Mr. Barajas. I have also left messages on his cellular phone on the following dates requesting he contact this officer: May 7, 8, 15, 17, and June 4, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/10/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

6/14/13

Date