PROB 12C
(7/93)

Report Date:  December 30, 2013

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rogelio Barajas                  Case Number: 0980 2:08CR02141-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 15, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 45 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 21, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: June 20, 2016 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15:** You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence:** Mr. Barajas was terminated from treatment on December 12, 2013, due to failing to comply with recommended treatment. The provider has recommended Mr. Barajas complete an inpatient treatment program, however, Mr. Barajas does not believe he is in need of inpatient treatment. |
| 2 | **Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Barajas has failed to appear for random urine testing on the following dates: December 17, 2013; December 14, 2013; November 26, 2013; and November 21, 2013. |

Prob12C
**Re: Barajas, Rogelio**
**December 30, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/30/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

1/2/14

Date